ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

JUDGE BATTS

UNITED STATES OF AMERICA        :
                                         NOTICE OF INTENT
    v.                          :        TO FILE AN INFORMATION

ANTHONY BULLARD,                :
    a/k/a "Lo,"                          **08 CRIM 434**
                                :
            Defendant.
                                :
----------------------------------x

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         February 21, 2008

                                    MICHAEL J. GARCIA
                                    United States Attorney

                            By:     _____
                                    Jenna M. Dabbs
                                    Assistant United States Attorney

                                    AGREED AND CONSENTED TO:

                            By:     _____
                                    Edward D. Wilford, Esq.
                                    Attorney for Anthony Bullard

2/25/08  WHEEL A